UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LORENA M. MILLIGAN, *individually and on behalf of all others similarly situated,*

Plaintiff,

-against-

GEICO GENERAL INSURANCE COMPANY and CCC INFORMATION SERVICES INC.,

Defendants.

-----------------------------------------------------------------X

Civ. Action No.:
2:16-cv-00240-DLI-RML

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | GEICO General Insurance Company |
| **RETURN DATE:** | The Date and Time of the hearing is to be determined by the Honorable Dora L. Irizarry, with the place of hearing to be the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 |
| **SUPPORTING PAPERS:** | (1) Declaration of Barry I. Levy, Esq., sworn to on October 10, 2019, with exhibits; and |
| | (2) Defendant's Memorandum of Law, dated October 10, 2019. |
| **RELIEF DEMANDED:** | An Order: |
| | (1) Pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing the First Amended Class Action Complaint of Plaintiff Lorena M. Milligan, individually, and on behalf of others similarly situated, together with such other and further relief as this court deems just and proper. |
| **GROUNDS:** | Fed. R. Civ. P. 12(b)(6) |

**RESPONDING PAPERS:** Defendant intends to file reply papers. Plaintiff's responding papers and Defendant's reply papers, shall be filed in accordance with the Court's September 30, 2019 Scheduling Order.

Dated: Uniondale, New York
October 10, 2019

RIVKIN RADLER, LLP

By: /s/ *Michael P. Welch*

Barry I. Levy (BIL 2190)
Michael P. Versichelli (MPV 2692
Michael P. Welch (MPW 7559)
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
RR File: 005100-02189

*Counsel for GEICO General Insurance Company*

4597692 v1