UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LORENA M. MILLIGAN, *individually and on behalf of all others similarly situated*,

               Plaintiff,

    vs.

GEICO GENERAL INSURANCE COMPANY and CCC INFORMATION SERVICES INC.,

             Defendants.

-------------------------------------------------------X

Docket No.:
2:16-cv-00240-DLI-RML

**JOINT PROPOSED CASE MANAGEMENT ORDER**

Pursuant to this Court's March 2, 2022 Minute Entry, counsel for Plaintiff Lorena M. Milligan ("Plaintiff") and counsel for Defendant GEICO General Insurance Company ("Defendant") met and conferred on April 7, 2022, and hereby submit this joint proposed case management order for the Court's approval.

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  6/3/2022

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
       Plaintiff:  TBD*    Defendant:  TBD*

   *The parties agree they will meet and confer in good faith if either party seeks to serve more than the 25 interrogatories permitted by Rule 33(a).

3. Maximum number of requests for admission by:
       Plaintiff:  N/A    Defendant:  N/A

4. Number of depositions by Plaintiff of parties:  TBD  and nonparties:  TBD*

5. Number of depositions by Defendant of parties:  TBD  and nonparties:  TBD*

   *The parties agree they will meet and confer in good faith if either party seeks to conduct more than 10 depositions of parties and nonparties combined.

6. Time limits for depositions:  7 hours

7. Date for completion of factual discovery:  3/31/2023

8.      Number of expert witnesses of Plaintiff:  TBD

        Date for expert report(s):  4/28/2023

9.      Number of expert witnesses of Defendant:  TBD

        Date for expert report(s):  6/16/2023

10.     Date of rebuttal expert report(s):  7/14/2023

11.     Date for completion of expert discovery:  8/25/2023

12.     Time for amendment of the pleadings by:
        Plaintiff:  N/A      Defendant:  N/A

13.     Number of proposed additional parties to be joined by:
        Plaintiff:  None      Defendant:  None
        And time for completion of joinder:  N/A

14.     Date for Plaintiff's motion for class certification:  10/27/2023

15.     Date for Defendant's opposition to class certification:  12/22/2023

16.     Date for Plaintiff's reply in support of class certification:  1/26/2024

17.     Have counsel reached any agreements regarding electronic discovery?
        The parties have not yet reached an agreement regarding electronic discovery, but have agreed to meet and confer in good faith to do so at a later date.

18.     Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636?  No

19.     Should this case be ordered to arbitration at the close of discovery?  No

20.     Should this case be ordered to mediation (now or at a later date)?  The parties will discuss whether this case should be ordered to mediation after this Court rules on Plaintiff's motion for class certification.

The parties have agreed to bifurcate the discovery of this case into class certification discovery and merits discovery.  Because this Court's decision on Plaintiff's motion for class certification will affect the extent of merits discovery and subsequent briefing that may ensue, the parties agree this Court should wait to set deadlines relating to merits discovery until it rules on Plaintiff's motion for class certification.  The parties agree that they will meet and confer within

45 days of issuance of the Court's order on Plaintiff's motion for class certification to discuss additional deadlines.

DATED this 15th day of April, 2022.

Respectfully submitted,

DICKINSON WRIGHT PLLC


By: */s/Jamie L. Halavais*
Dan W. Goldfine (admitted *pro hac vice*)
Jamie L. Halavais (admitted *pro hac vice*)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel:  (602) 285-5000
Fax: (844) 670-6009
dgoldfine@dickinson-wright.com
jhalavais@dickinson-wright.com

RIVKIN RADLER LLP
Barry I. Levy (BIL 2190)
Michael P. Versichelli (MV 2692)
Michael P. Welch (MPW 7995)
926 RXR Plaza
Uniondale, New York 11556-0926
Tel: (516) 357-3000
Barry.levy@rivkin.con
Michael.versichelli@rivkin.com
Michael.welch@rivkin.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

and

LAW OFFICE OF KEITH ALTMAN

By:*/s/ Keith Altman (by permission)*
Keith Altman (admitted *pro hac vice)*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Tele:  (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Lorena M. Milligan*

**CERTIFICATE OF SERVICE**

The hereby certify that on the 15th day of April, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.


*/s/ Jamie L. Halavais*