UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LORENA M. MILLIGAN, *individually and on behalf of all others similarly situated*,

        Plaintiff,

        -against-

GEICO GENERAL INSURANCE COMPANY and CCC INFORMATION SERVICES INC.,

        Defendants.
-----------------------------------------------------------------X

Docket No.:
2:16-cv-00240-DLI-RML

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") will move this Court, on a date to be determined by this Court, for entry of an order staying the case pending resolution of GEICO's appeal to the Second Circuit Court of Appeals from this Court's October 12, 2022 Order. In support of the Motion, GEICO submits and incorporates by reference the Memorandum of Law in Support of GEICO's Motion to Stay Pending Resolution of Appeal.

GEICO seeks this motion in compliance with the Federal Rules of Appellate Procedure Rule 8(a)(1) and *Coinbase v. Bielski*, 599 U.S. ___, No. 22-105, 2023 WL 4138983 (June 23, 2023).

**PLEASE TAKE FURTHER NOTICE** that answering and reply papers, if any, are to be served in accordance with this Court's rules and/or Local Rule 6.1(b).


Dated: June 29, 2023

                              Respectfully submitted,

                              DICKINSON WRIGHT PLLC

By: *s/ Dan W. Goldfine*
Dan W. Goldfine (admitted pro hac vice)
Jamie L. Halavais (admitted pro hac vice)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel: (602) 285-5000
Fax: (844) 670-6009
dgoldfine@dickinson-wright.com
jhalavais@dickinson-wright.com


RIVKIN RADLER LLP
Barry I. Levy (BIL 2190)
Michael P. Versichelli (MV 2692)
Michael P. Welch (MPW 7559)
926 RXR Plaza
Uniondale, New York 11556-0926
Tel: (516) 357-3000
Barry.levy@rivkin.con
Michael.versichelli@rivkin.com
Michael.welch@rivkin.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically transmitted the attached foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                              *Dan W. Goldfine*