UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LORENA M. MILLIGAN, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

-against-

GEICO GENERAL INSURANCE COMPANY and
CCC INFORMATION SERVICES INC.,

                              Defendants.
-----------------------------------------------------------------X

Docket No.:
2:16-cv-00240-DLI-RML

## JOINT STATUS REPORT

Pursuant to this Court's instruction in the August 14, 2023 Text Order, Plaintiff Lorena M. Milligan ("Plaintiff") and Defendant GEICO General Insurance Company ("GEICO") hereby submit this Joint Status Report.

On August 22, 2023, the United States Court of Appeals for the Second Circuit in Second Circuit case number 22-2950 issued an Order granting GEICO's unopposed Motion to Consolidate the Appeal in the instant case with the Appeal pending in *See v. Government Employees Insurance Company, GEICO General Insurance Company*, 2d Cir. Case No. 23-742, for purposes of oral argument. Second Cir. Doc. 118, 119. The Second Circuit will hear the two cases in tandem before the same Second Circuit panel. *Id.*

On November 7, 2023, GEICO filed a letter with the Second Circuit to update the Court with additional dates GEICO's counsel is not available for oral argument: December 21-31, 2023, February 25-29, 2024, and April 8-26, 2024. Second Cir. Doc. 121. On December 6, 2023, the Second Circuit proposed the week of March 11, 2024 for the case calendaring. Second Cir. Doc. 124. On December 7, 2023, GEICO filed an additional letter with the Second Circuit to update

1

the Court that GEICO's counsel is also not available for oral argument March 4-15, 2024. Second Cir. Doc. 125.

As of the date of this status report, oral argument for GEICO's appeals in Second Circuit case numbers 23-742 and 22-2950 has not been set.

Dated: January 3, 2024

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Dan W. Goldfine*
Dan W. Goldfine (admitted *pro hac vice*)
Jamie L. Halavais (admitted *pro hac vice*)
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel: (602) 285-5000
Fax: (844) 670-6009
dgoldfine@dickinson-wright.com
jhalavais@dickinson-wright.com

RIVKIN RADLER LLP
Barry I. Levy (BIL 2190)
Michael P. Versichelli (MV 2692)
Michael P. Welch (MPW 7559)
926 RXR Plaza
Uniondale, New York 11556-0926
Tel: (516) 357-3000
Barry.levy@rivkin.con
Michael.versichelli@rivkin.com
Michael.welch@rivkin.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

*And*

THE LAW OFFICE OF KEITH L. ALTMAN

By: */s/ Keith L. Altman (by permission)*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331

Tel: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January, 2024, I electronically transmitted the attached foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/ Dan W. Goldfine*