UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LORENA M. MILLIGAN, *individually and
on behalf of all others similarly situated*,

        Plaintiff,

   vs.

GEICO GENERAL INSURANCE
COMPANY and CCC INFORMATION
SERVICES INC.,

        Defendants.

---------------------------------------------------------X

Docket No.:
2:16-cv-00240-DLI-RML

**JOINT PROPOSED SECOND
AMENDED CASE MANAGEMENT
ORDER**

Plaintiff Lorena M. Milligan ("Plaintiff") and Defendant GEICO General Insurance Company ("Defendant") represent there is good cause to extend the deadlines in the Joint Proposed Case Management Order (Doc. 130), which this Court adopted in its March 3, 2026, Minute Entry, because Plaintiff believes additional time is needed to complete the necessary expert discovery before Plaintiff's submission of her anticipated motion seeking class certification. Defendant does not oppose Plaintiff's request. Plaintiff and Defendant therefore submit this joint proposed second amended case management order for the Court's approval.

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  6/3/2022

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
      Plaintiff:  TBD*     Defendant:  TBD*

      *The parties agree they will meet and confer in good faith if either party seeks to serve more than the 25 interrogatories permitted by Rule 33(a).

3. Maximum number of requests for admission by:
      Plaintiff:  N/A     Defendant:  N/A

4. Number of depositions by Plaintiff of parties:  TBD  and nonparties:  TBD**

5. Number of depositions by Defendant of parties:  TBD  and nonparties:  TBD**

\*\*The parties agree they will meet and confer in good faith if either party seeks to conduct more than 10 depositions of parties and nonparties combined.

6. Time limits for depositions: 7 hours

7. Date for completion of factual discovery: 6/26/2026

8. Number of expert witnesses of Plaintiff: TBD

    Date for Plaintiff's class-focused expert report(s): 9/22/2026

9. Number of expert witnesses of Defendant: TBD

    Date for Defendant's class-focused expert report(s): 11/3/2026

10. Date of rebuttal class-focused expert report(s): 12/8/2026

11. Date for completion of class-focused expert discovery: 1/15/2027

12. Time for amendment of the pleadings by:
    Plaintiff: N/A       Defendant: N/A

13. Number of proposed additional parties to be joined by:
    Plaintiff: None       Defendant: None
    And time for completion of joinder: N/A

14. Date for Plaintiff's motion for class certification: 2/1/2027

15. Date for Defendant's opposition to class certification: 4/2/2027

16. Date for Plaintiff's reply in support of class certification: 4/30/2027

17. Have counsel reached any agreements regarding electronic discovery?
    The parties have agreed to confer in good faith regarding any electronic discovery disputes that may arise.

18. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636? No

19. Should this case be ordered to arbitration at the close of discovery? No

20. Should this case be ordered to mediation (now or at a later date)? The parties will discuss whether this case should be ordered to mediation after this Court rules on Plaintiff's motion for class certification.

Because this Court's decision on Plaintiff's motion for class certification will affect the extent of additional merits discovery and subsequent briefing that may ensue, the parties agree this

Court should wait to set deadlines relating to any additional merits discovery and briefing until it rules on Plaintiff's motion for class certification. The parties agree that they will meet and confer within 45 days of issuance of the Court's order on Plaintiff's motion for class certification to discuss additional deadlines.

DATED this 24th day of July, 2026.

Respectfully submitted,

STINSON LLP

By: */s/ Claire E. F. Grimes* (with permission)
Dan W. Goldfine (admitted *pro hac vice*)
Jamie L. Halavais (admitted *pro hac vice*)
Claire E. F. Grimes (admitted *pro hac vice*)
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004
Tel: (602) 279-1600
Fax: (602) 240-6925
dan.goldfine@stinson.com
jamie.halavais@stinson.com
claire.grimes@stinson.com

RIVKIN RADLER LLP
Barry I. Levy (BIL 2190)
Michael P. Versichelli (MV 2692) Michael P. Welch (MPW 7995) 926 RXR Plaza
Uniondale, New York 11556-0926 Tel: (516) 357-3000
Barry.levy@rivkin.con
Michael.versichelli@rivkin.com
Michael.welch@rivkin.com

*Attorneys for Defendant*
*GEICO General Insurance Company*

and

LAW OFFICE OF KEITH ALTMAN

By: */s/Keith Altman*
Keith Altman (admitted *pro hac vice)*
30474 Fox Club Drive
Farmington Hills, Michigan 48331
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorney for Plaintiff Lorena M. Milligan*

# <u>CERTIFICATE OF SERVICE</u>

The hereby certify that on the 24th day of July, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Keith Altman*
Keith Altman, Esq.